

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-10-00807-CV

KAAREN CAMBIO AND CALIFORNIA PIPE RECYCLING, INC., Appellants

V.

JOE BRIERS, SOUTHWEST PIPE SERVICES, INC., AND S.W. PIPE HOLDINGS, INC., Appellees

Appeal from the 412th District Court of Brazoria County.  (Tr. Ct. No. 41741).

This case is an appeal from the final judgment signed by the trial court on August 9, 2010. After due consideration, the Court **grants** appellant Kaaren Cambio's motion to dismiss her appeal against appellees, Joe Briers, Southwest Pipe Services, Inc., and S.W. Pipe Holdings, Inc. Accordingly, the Court **dismisses** Cambio's appeal.

The Court **orders** that Kaaren Cambio, Joe Briers, Southwest Pipe Services, Inc., and S.W. Pipe Holdings, Inc. each pay their own appellate costs with respect to the dismissed appeal.

The Court further **orders** that Kaaren Cambio and her surety, U.S. Specialty Surety Company, are discharged from their liability on their supersedeas bond filed in the court below on January 3, 2011.

After submitting the remainder of the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portions of the trial court's judgment awarding S.W. Pipe Holdings, Inc. $15,250 in damages and $45,000 in attorney's fees on its breach of contract claim against California Pipe Recycling, Inc. Accordingly, the Court **reverses** these portions of the trial court's judgment, **renders** judgment that S.W. Pipe Holdings, Inc. take nothing on its claim against California Pipe Recycling, Inc., and **remands** the case to the trial court for a new trial on the issue of California Pipe Recycling, Inc.'s attorney's fees.

The Court **orders** that S.W. Pipe Holdings, Inc. pay all of the appellate costs with respect to California Pipe Recycling, Inc.'s appeal.

The Court further **orders** that California Pipe Recycling, Inc. and its surety, U.S. Specialty Surety Company, are discharged from their liability on their supersedeas bond filed in the court below on January 3, 2011.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 12, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Lloyd.